IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Jacob Tafoya,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Working Better Together LLC; *et al.*<br><br>Defendants. | Case No. 1:23-cv-00250-DHU/KK<br><br>Judge David H. Urias<br><br>Magistrate Judge Kirtan Khalsa |

## Joint Stipulation of Dismissal with Prejudice

The parties to this action hereby stipulate to dismiss this action with prejudice with respect to Plaintiff Jacob Tafoya's claims against the Defendants. This action has not been certified as either a class or collective action, and no other individuals have consented to opt-in to the Action. Dismissal of this action has no impact on any rights of putative class members as described in the Complaint.

| | |
|---|---|
| Respectfully Submitted, | Dated:     November 17, 2023 |

| | |
|---|---|
| */s/ Joseph Scherpenberg*<br>Andrew R. Biller (*Associated*)<br>Andrew P. Kimble (*Associated*)<br>Joseph Scherpenberg (*Associated*)<br>BILLER & KIMBLE, LLC<br>8044 Montgomery Road, Suite 515<br>Cincinnati, OH 45236<br>Telephone: (513) 202-0710<br>Facsimile: (614) 340-4620 | */s/ Christopher S. Thrutchley*<br>Christopher S. Thrutchley, *pro hac vice*<br>Justin A. Lollman, *pro hac vice*<br>GABLEGOTWALS<br>100 North Elgin Ave., Suite 200<br>Tulsa, Oklahoma 74120<br>(918) 595-4800<br>cthrutchley@gablelaw.com<br>jlollman@gablelaw.com |

1

*abiller@billerkimble.com*
*akimble@billerkimble.com*
*jscherpenberg@billerkimble.com*         Harold D. Stratton, Jr.
                                          Joseph C. Haupt
Christopher Moody (Bar # 1850)            Brownstein Hyatt
MOODY & STANFORD, P.C.                    Farber Schreck, LLP
4169 Montgomery Blvd., NE                 201 Third Street NW, Suite 1800
Albuquerque, NM 87109                     Albuquerque, New Mexico 87102-4386
505-944-0033 (Phone)                      (505) 244-0770
505-944-0034 (Fax)                        *hstratton@bhfs.com*
*moody@nmlaborlaw.com*                    *jhaupt@bhfs.com*

*Counsel for Plaintiff and the putative class*   *Counsel for Defendants*


**Certificate of Service**

      I HEREBY CERTIFY that a copy of the foregoing was filed electronically. The parties will be served through the Court's electronic filing system.

                      */s/ Joseph Scherpenberg*
                      Joseph Scherpenberg