# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

JACOB TAFOYA; et al.,

    Plaintiff,

v.                                                                       1:23-cv-00250-DHU-KK

WORKING BETTER TOGETHER LLC; et al.,

    Defendants.

## ORDER OF DISMISSAL

The parties to this action have stipulated to dismiss this action with prejudice with respect to Plaintiff Jacob Tafoya's claims against the Defendants, Doc. 65. This action has not been certified as either a class or collective action, and no other individuals have consented to opt-in to the action. Dismissal of this action has no impact on any rights of putative class members as described in the Complaint. The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice, and for good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety, with prejudice, consistent with the parties' stipulation.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE